IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02525-ZLW-CBS

JASON FISSELL and
EMILY FISSELL,

      Plaintiffs,

v.

TOP NOTCH TRAILERS,

      Defendant.

## ORDER

      It is ORDERED that Plaintiffs' Unopposed Motion To Stay Pending Arbitration (Doc. No. 7) is granted. It is

      FURTHER ORDERED that this action is stayed pending arbitration. It is

      FURTHER ORDERED that the parties shall file a joint status report addressing the status of arbitration on or before February 28, 2011.

      DATED at Denver, Colorado this 29th day of November, 2010.

                          BY THE COURT:

                          *[signature: Zita Leeson Weinshienk]*

                          ZITA LEESON WEINSHIENK, Senior Judge
                          United States District Court