**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 10-cv-02525-REB-CBS

JASON FISSELL, and
EMILY FISSELL,

    Plaintiffs,

v.

TOP NOTCH TRAILERS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Notice of Voluntary Dismissal** [#14][1] filed September 8, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal** [#14] filed September 8, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 9, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.